# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| DALLIS ROGERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LOTTERY.COM, INC. f/k/a TRIDENT ACQUISITIONS CORP., ANTHONY DIMATTEO, MATTHEW CLEMENSON, and RYAN DICKINSON,<br><br>Defendants. | Case No.: 1:22-cv-00907-LY<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *Rogers v. Lottery.com, Inc. et al.*, No. 1:22-cv-00907-LY, brought before the United States District Court for the Northern District of Texas, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Dallis Rogers hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: November 4, 2022                     Respectfully submitted,

                                           **THE BRISCOE LAW FIRM, PLLC**

                                           */s/ Willie C. Briscoe*
                                           WILLIE C. BRISCOE
                                           State Bar Number 24001788
                                           12700 Park Central Drive, Suite 520
                                           Dallas, Texas 75251
                                           Telephone: 972-521-6868
                                           Facsimile: 346-214-7463
                                           wbriscoe@thebriscoelawfirm.com

                                           **POMERANTZ LLP**
                                           Jeremy A. Lieberman
                                           J. Alexander Hood II
                                           600 Third Avenue, 20th Floor
                                           New York, New York 10016
                                           Telephone: (212) 661-1100
                                           Facsimile: (917) 463-1044
                                           jalieberman@pomlaw.com
                                           ahood@pomlaw.com

                                           ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on November 4, 2022, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

                                           */s/ Willie C. Briscoe*
                                         Willie C. Briscoe