IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
NOV 8 2022
CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| DALLIS ROGERS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>　　　PLAINTIFF,<br><br>V.<br><br>LOTTERY.COM, INC. F/K/A TRIDENT ACQUISITIONS CORP., ANTHONY DIMATTEO, MATTHEW CLEMENSON, AND RYAN DICKINSON,<br>　　　DEFENDANTS. | CAUSE NO. 1:22-CV-00907-LY |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On November 4, 2022, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) (Doc. #8). Accordingly,

**IT HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this __8th__ day of November, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE